No. 73–6875. DILLARD v. NORTH CAROLINA. Sup. Ct. N. C.

No. 73–6877. JARRETTE v. NORTH CAROLINA. Sup. Ct. N. C.

No. 73–6878. CROWDER v. NORTH CAROLINA. Sup. Ct. N. C.

No. 73–7032. HONEYCUTT v. NORTH CAROLINA. Sup. Ct. N. C.

No. 74–6263. WARD v. NORTH CAROLINA. Sup. Ct. N. C.

No. 74–6733. GORDON v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–5077. MCLAUGHLIN v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–5091. WOODS v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–5262. SIMMONS v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–5281. YOUNG v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–5426. ROBBINS v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–5728. BOCK v. NORTH CAROLINA. Sup. Ct. N. C.